

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2025

No. 04-25-00135-CV

Arthur **RAKOWITZ**,
Appellant

v.

Wayne **PITTMAN** and Barbara Pittman,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI01622
Honorable Nicole Garza, Judge Presiding

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

It is so **ORDERED** on April 30, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court